IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01157-MEH

STEPHEN RUMNOCK,

    Plaintiff,

v.

DENNIS ANSCHUTZ,
MIDCENTURY INSURANCE COMPANY, a/k/a Farmers Insurance Exchange, a California company licensed to do business in Colorado,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin company licenced to do business in Colorado,

    Defendants.

---

## ORDER TO REMAND
---

**Michael E. Hegarty, United States Magistrate Judge**.

    This matter comes before the Court *sua sponte* on the Notice of Removal filed by Defendant American Family Mutual Insurance Company on April 24, 2014 [docket # 1]. On June 2, 2014 this Court issued an Order to Show Cause why this case should not be remanded for improper removal. Defendant American Family Mutual Insurance Company responded on June 13, 2014, indicating that it reviewed the Court's Order and agreed that the case should be remanded back to state court. For the reasons outlined in this Court's April 24, 2014 Order and consistent with the Defendant's request for removal, it is ORDERED that this case is REMANDED to Denver County District Court, where it was originally filed as Case Number 2011-cv-1387. Additionally, the scheduling conference set for Monday, **June 16, 2014** is **vacated**.

    Dated this 13th day of June, 2014, at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge